IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

**KENNETH SEARL,**
   **Plaintiff,**

**v.**            **CIVIL NO. 3:14-CV-02572 N-BK**

**CAROLYN COLVIN,**
**Acting Commissioner of the Social**
**Security Administration,**
   **Defendant.**

## ORDER ACCEPTING FINDINGS, CONCLUSIONS AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

  United States Magistrate Judge Renée Harris Toliver made findings, conclusions and a recommendation in this case. No objections were filed. The District Court reviewed the proposed findings, conclusions and recommendation for plain error. Finding none, the Court accepts the Findings, Conclusions and Recommendation of the United States Magistrate Judge.

  SO ORDERED this 28th day of September, 2015.

_____
UNITED STATES DISTRICT JUDGE